AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

United States of America

V.

Mykhaylo Chugay

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-cr-10008-Martinez/Snow

| PRESIDING JUDGE<br>Magistrate Judge Snow | PLAINTIFF'S ATTORNEY<br>Sean Beaty, DOJ Tax | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S)<br>08/23/2021 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/23/2021 | | | IRS Tax Loss Calculations (2008 to 2015) |
| 2 | | 8/23/2021 | | | Chugay Affidavits |
| 3 | | 8/23/2021 | | | Chugay Deposition Excerpts |
| 4 | | 8/23/2021 | | | December 31, 2018 Text Message with 'Douglas House Joe' |
| 5 | | 8/23/2021 | | | Text messages re Wire Transfers |
| 6 | | 8/23/2021 | | | Picture of Wire Transfer Paperwork |
| 7 | | 8/23/2021 | | | Photo of Chugay's Cell Phone |
| 8 | | 8/23/2021 | | | Chugay's Lease Agreement |
| 9 | | 8/23/2021 | | | Key West Gifts Etsy Page |
| 10 | | 8/23/2021 | | | Chugay's Ukrainian Passport |
| 11 | | 8/23/2021 | | | Photo of U.S. Currency Found at Chugay's Apartment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages