GOVERNMENT
EXHIBIT
8/23/2021
1:21-cr-10008-Martinez
No. 02

IN THE CIRCUIT COURT OF THE 16TH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA
CIVIL DIVISION

SOUTHERNMOST HOUSE, LTD, a
Florida Limited Partnership,
    Plaintiff,

Vs.
    CASE NO.: 15-CA-000985-K
    JUDGE TIMOTHY J. KOENIG

REMINGTON LODGING & HOSPITALITY, LLC
a Delaware Limited Liability Company,
    Defendant.
_____/

### AFFIDAVIT OF MYKHAYLO CHUGAY

Before me this day appeared Mykhaylo Chugay who being known to me did state the following is true of his own personal knowledge:

1. Affiant provided contract workers to the Southernmost House, Pier House, and La Concha hotels in Key West, Florida.

2. Some of these contract workers were lawfully permitted to work in the United States, and many were not.

3. We do not know if the contract workers provided to the Southernmost House when managed by Remington, the Pier House and La Concha were legal or not legal because we do not check the contract workers' visas or social security cards to determine if the workers are legal to work in the United States or not.

4. Affiant did not withhold FICA, Medicare, and federal withholding taxes as required by law for these contract workers.

5. In addition, Affiant did not request or complete, as provided by law, pre-employment forms W2 and I9, because if the worker requests, we provide 1099's.

6. Affiant did not file state payroll taxes, Form 941, Form 940 or state forms UCT-6 or W2 for any of the contract workers provided to Remington to work at the Southernmost House.

7. The same is true for contract workers provided to work at the Pier House and La Concha.

PLAINTIFF'S EXHIBIT
3
3-2-18 (Ah)

RK-USA-SDFL-00369519

8. Affiant does not check to see if the workers provided to Remington to work at the Southernmost House, the Pier House, and La Concha were legal or not legal to work in the United States.

_____
MYKHAYLO CHUGAY

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF MONROE        )

The foregoing instrument was sworn to and subscribed before me this 11 day of May, 2017, by Mykhaylo Chugay, who is _personally known_ to me or has produced _____ as identification, and, after being duly sworn, averred that she is duly authorized to execute the foregoing instrument and then subscribed to the foregoing.

Notary Public State of Florida
Judy A Lakin
My Commission FF 172977
Expires 11/24/2018

_____
NOTARY PUBLIC, STATE OF FLORIDA

Judy A. Lakin
(Print, Type, or Stamp Commissioned Name of Notary Public)

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.: 15-CA-000985-K

SOUTHERNMOST HOUSE, LTD, a Florida limited liability partnership,

    Plaintiff,

v.

REMINGTON LODGING & HOSPITALITY, LLC, a Delaware limited liability company,

    Defendant

## AFFIDAVIT OF MYKHAYLO CHUGAY

STATE OF FLORIDA    )
                          ) ss:
COUNTY OF MONROE  )

BEFORE ME, the undersigned authority, personally appeared Mykhaylo Chugay, who is known to me or who provided identification, who after being duly sworn, deposes and says as follows:

1. In paragraph 2 of a prior affidavit I signed for Michael Halpern on or about May 11, 2017 (the "Prior Affidavit"), I mistakenly stated that "many" of the contract workers my company provided to La Concha, Pier House, and the Southernmost House were not lawfully permitted to work in the United States.

2. I do not know the statement in paragraph 2 of the Prior Affidavit to be true.

AFFIDAVIT OF MYKHAYLO CHUGAY                          PAGE 1



PLAINTIFF'S EXHIBIT
6
3·2-18

RK-USA-SDFL-00369531

3. I cannot say that any worker provided to La Concha, Pier House, or Southernmost House was not lawfully permitted to work in the United States.

4. The remaining statements from my Prior Affidavit apply with equal force to the workers my company has provided and currently provides to Mr. Halpern for work at the Southernmost House.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Mykhaylo Chugay

Sworn to and subscribed before me this 18th day of July, 2017, by Mykhaylo Chugay, who is personally known to me or produced identification.

_____
Notary Public, State of ~~Texas~~ FloriDA

TERESA K. Russell
Name (Printed)

My Commission Expires:



Notary Public State of Florida
Teresa K Russell
My Commission GG 007406
Expires 08/17/2020

RK-USA-SDFL-00369532