IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

     Plaintiffs,

     v.

MYKHAYLO CHUGAI, OLEDSANDR
MORGUNOV, and VOLODYMYR
OGORODNYCHUK

     Defendants.

CIVIL ACTION No. 1:21cr10008-MARTINEZ-SNOW

**DEFENDANT MYKHAYLO CHUGAI'S
MOTION (EMERGENCY) FOR LEAVE TO
SUBMIT AND TO CONSIDER AFFIDAVITS
IN SUPPORT OF RELEASE AT
DETENTION HEARING
ON AUGUST 23, 2021**

Defendant Mykhaylo Chugai (Chugai), by and through his undersigned counsel, herewith moves this honorable Court, to consider the Affidavits of the character witnesses in his defense, at the detention hearing scheduled for August 23, 2021, at 1:00 PM.

The Affidavits are being submitted on behalf of Chugai pursuant to Federal Rules of Evidence 404 and 405, and other law.  In light that Chugai's detention took place very recently and the detention hearing is scheduled on a short notice, Chugai requests this honorable Court to consider the Affidavits, on an emergency basis, towards the hearing, as an evidentiary factor towards his release.

More specifically, on August 18, 2021, Wednesday, the government entered in the Docket 11 unauthenticated Exhibits, and, on information and belief, intends to reference the Court's attention to those exhibits at the forthcoming hearing.  Accordingly, Chugai should be entitled to a rebuttal with his own evidence under FRE 404, 405, and other law.

The annexed Affidavits are from the following character witnesses, all of whom are U.S. citizens, residing in Florida and elsewhere:

1.  IANA ZHYGUN;

2.  MARYNA KILICHENKO;

3.  TREVOR EVANS;

4.  OLGA ZELENINA;

5.  YURIY LOKSHIN; and

6.  KATERYNA LOKHSHIN.

The undersigned assures the Court and the government's counsel that the undersigned has received-- and is in possession of--the identification documents of the Affiants, including the copies of the witnesses' drivers' licenses and/or U.S. passports' copies.

Chugai reserves to submit additional Affidavits of character witnesses.  The Affidavits may be used by Chugai both at the hearing on August 23, 2021, subject to the Court's leave, without prejudice to resubmitting those later in this docket's proceedings for other occasions.

Respectfully submitted.


Dated: August 22, 2021.


_____/George Lambert/
George Lambert, Esq.
FL bar #1022697; D.C. bar #979327
The Lambert Law Firm
323 Sunny Isles Blvd Ste 700
Sunny Isles Beach FL 33160;
1025 Connecticut Ave., #1000 NW
Washington, D.C., 20036
Tel. (305) 938 0600: (617) 925 7500;
(202) 640 1897, Fax (800) 952 1950
Email: Office.Law.323@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this August 22, 2022, the foregoing submission was served on all of the parties, who have made appearance in this case, via Pacer platform, namely:

Sean Beaty
Trial Attorney
U.S. Department of Justice, Tax Division
Southern Criminal Enforcement Section
Work:  (202) 616-2717
Fax: (202) 514-0961
4 Constitution Square (4CON)
150 M Street, NE, Room 1.204
Washington, DC 20002
Sean.P.Beaty@usdoj.gov

Date: August 22, 2021

*/George Lambert/*
_____
George Lambert