UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America

v.

Mykhaylo Chugay

Case Number: 1:21-ск-10008-Martinez/Snow

AFFIDAVIT

1. I am Iana Zhygun, Florida resident, with residence address: 180 NE 29TH ST. APT.1902, MIAMI, FL 33137 Florida. Driver License Z250-413-89-636-0

2. I am familiar with Mykhaylo Chugay since year 2010.

3. I am familiar with him as a part of Key west community.

4. I know him as a positive and decent person who is willing to help in times of crisis.

5. He is peaceful and caring man who always supports and helps people in need. Providing both emotional support and actual assistance to improve situation of those in need.

6. As a part of Key West community he was making multiple donations for local individuals in times of need through Go Fund Me organization (to cover medical expenses, funerals, etc.). Donating to local Salvation Army and SPCA.

7. He has a good heart, reliable and understanding human.

8. He has been in the USA for a very long time and he has very strong bond with the USA and Key West, FL in particular. This is his real home.

9. He is a very respectful and calm person. He never harmed anyone in any way.

10. I am sure that if he is released on bail, it will not pose any threat to our society.

11. I am sure, that if he is released on bail, he shall not temper with the evidence or influence the witnesses of the prosecution and he shall abide by any condition imposed by the court for releasing him on bail.

Dated: 08.20.2021
By: Iana Zhyyun

SUBSCRIBED AND SWORN TO BEFORE ME on August 20, 2021 to certify which witness my hand and official seal.

Jeremy Sears

Notary Public in and for Broward County, Florida

Notary Public State of Florida
Jeremy Sears
My Commission HH 099280
Expires 03/01/2025