UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America
v.
Mykhaylo Chugay                              Case Number: 1:21-cк-10008-Martinez/Snow

## AFFIDAVIT

1. I am Maryna Kulichenko, a citizen of the United States of America, with a residence address: 1334 Atlantic blvd, Key West, Florida.
2. Florida Driver License K425-558-89-751-0.
3. I have known Mykhaylo Chugay since 2013.
4. I am familiar with him in connection to our common friends in Key West Florida.
5. I know him as a law-abiding, decent and peaceful person.
6. I know him as a trustworthy person.
7. He has lived in Florida for a very long time, and the community of Key West is his number one home.
8. He has never threatened anyone with anything. He is a very respectful and calm person.
9. I can be sure that if released on bail, he will not pose any threat to our society.
10. I can be sure, that if released on bail, he shall not temper with the evidence or influence the witnesses of the prosecution and he shall abide by any condition imposed by the court for releasing him on bail.

11. The petitioner is ready and willing to furnish bail bonds to the satisfaction of this

    Honorable court for his being released on bail.

I declare under penalty of perjury, that the foregoing is true and correct

Dated: 8.21.21
By: *Marynak*

SUBSCRIBED AND SWORN TO BEFORE ME on _____, to certify which witness my hand and official seal.

_____
Notary Public in and for
_____ County, Florida

*[Notary seal: ALYSSA GRUEBELE, NOTARY, My Comm. Expires March 14, 2023, No. GG 312190, STATE OF FLORIDA, PUBLIC]*

STATE OF FLORIDA    COUNTY OF Monroe
Sworn to (or affirmed) and subscribed before me by means of
(X) physical presence or ( ) online notarization, this 21st
day of August . 2021, by Maryna Kulichenko
(name of person making statement).
Personally Known ( ) OR Produced Identification (X)
Type of Identification Produced: Florida Drivers license
(Signature of Notary Public) *[signature]*
(Print, Type, or Stamp Commissioned Name of Notary Public)
Affix Notary SEAL
Alyssa Gruebele

*[Florida driver's license image with photo; remainder redacted]*