# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America
v.
Mykhaylo Chugay                    Case Number: 1:21-ck-10008-Martinez/Snow

## AFFIDAVIT

1. I am Travis M. Evans, citizen of the United States of America, with residence at 25 Maybelle Ln. Unit M. Weaverville, NC. 28787.
   NC ID: 45940912
2. I was previously a resident of Key West, FL. for approx. eleven years.
3. I am familiar with Mykhaylo Chugay through mutual friends and have known him for approx. six years.
4. I know Mykhaylo to be a peaceful and law-abiding citizen.
5. I know Mykhaylo to be a trustworthy and honest person.
6. To my knowledge Mykhaylo has been in the US for a very long time, that this is now his true home in south Florida.
7. I do not find Mykhaylo to be a threat to society in any fashion and believe he should be released on bail.
8. I believe Mykhaylo, when released, will utterly follow any and all conditions stipulated by the court.
9. I am sure that if he is released on bail it will not pose any threat to our society.
10. I am sure that if he is released on bail, he shall not tamper with evidence or influence the witnesses of the prosecution and he shall abide by any condition imposed by the court for releasing him on bail.
11. The petitioner(s) are ready and willing to furnish bail bonds to the satisfaction of this Honorable court for Mykhaylo being released on bail.

I declare under penalty of perjury that the forgoing is true and correct.

Travis M. Evans: _____        Dated: 8-20-21

SUBSCRIBED AND SWORN TO BEFORE ME on August 20, 2021 to certify which witness my hand and seal.

_____
Heidi Mims
Notary Public in and for Buncombe County, North Carolina

1

HEIDI MIMS
NOTARY PUBLIC
Buncombe County
North Carolina
My Commission Expires February 23, 2022