UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

United States of America
v.
Mykhaylo Chugay

Case Number: 1:21-ck-10008-Martinez/Snow

# AFFIDAVIT

1. I am Olena Zelenina, citizen of the United States of America, with residence at 25 Maybelle Ln. Unit M. Weaverville, NC. 28787.
FL DL: Z455-640-89-964-0
2. I lived in Key West for 10 years and moved to North Carolina last year.
3. I have known Mykhaylo Chugay since 2013, over 7 years.
4. I am familiar with him through a mutual friend.
5. I know him as a person of good heart and recognized in the Key West community as a man of his word.
6. He has always provided help and support when I needed it. Back in 2016 I was hospitalized in Miami for a couple months and he took time to travel from Key West to visit me and provide support, helping me to go through a very hard period of my life.
7. He is a decent and trustworthy man. he has a positive, ready to help personality.
8. He has been in the USA for over a decade and he has a very warm and strong connection with Key West and its community.
9. He has a deep respect for others and I know him as a very calm and appropriate person who never harmed anyone.
10. I am sure that if he is released on bail it will not pose any threat to our society.
11. I am sure that if he is released on bail, he shall not tamper with evidence or influence the witnesses of the prosecution and he shall abide by any condition imposed by the court for releasing him on bail.

I declare under penalty of perjury that the forgoing is true and correct.

Olena Zelenina   *[signature]*   Dated: 8-20-21

SUBSCRIBED AND SWORN TO BEFORE ME on August 20, 2021, to certify which witness my hand and seal.

*[signature]*
Heidi Mims
Notary Public in and for Buncombe County, North Carolina

HEIDI MIMS
NOTARY PUBLIC
Buncombe County
North Carolina
My Commission Expires February 23, 2022

1