UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.

United States of America
v.
Mykhaylo Chugay                        Case Number: 1:21-ск-10008-Martinez/Snow

## AFFIDAVIT

1. I am **KATERYNA LOKSHIN** citizen of United States of America, with residence address: **3229 FLAGLER AVE, KEY WEST**, Florida Driver License **L250-500-85-606-0**.

2. I am familiar with Mykhaylo Chugay since **2012**

3. I meet Mykhaylo **KEY WEST**

4. I know Mykhaylo as a nice and kind person with a big heart who will support and help when I need it.

5. He is a trustworthy man of his word. Mykhaylo is a peaceful and calm member of society. He never was a threat to anyone.

6. Mykhaylo has been a law-obedient resident of Key West, FL with high moral standards for a long time and Florida is his home.

7. He is a very positive and calm person who can not harm others.

8. I am sure that if he is released on bail, it will not pose any threat to our society.

9. I am sure that if he is released on bail, he shall not temper with the evidence or influence the witnesses of the prosecution and he shall abide by any condition imposed by the court for releasing him on bail.

08/21/2021

*Kateryna Lokshyn* (signature)

Scanned with CamScanner