UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:21-cr-10008-Martinez-Snow

UNITED STATES OF AMERICA

v.

MYKHAYLO CHUGAY,

        Defendant.

## United States' Witness List

The United States intends to call the following witnesses to testify at trial:

1. Dmytro Abramov
2. Rodrigo Alvarez
3. Jesse Anderson
4. Fernando Caceres
5. Santos Isabel Cerda
6. Marina Coppens
7. William Cortes-Negron
8. Amparo Cruz
9. Amanda Dawicki
10. Natalie Diaz
11. David Diffenbach
12. Travis Doll
13. Ivan Gonzalez
14. Michael Halpern
15. Adam Jefferson
16. Serik Khussainov
17. Allison Kotsay
18. Maryna Kulichenko
19. Rati Lomia
20. Sergiy Lopatyuk
21. Petr Malkovsky
22. Aliya Matkarimova
23. Edwina McNeal
24. Ivan Medina
25. Walter Melendez
26. Paul Navarro
27. Volodymyr Ogorodnychuk
28. Kristel Castellanos Olmos
29. Pavel Pecherskiy
30. Elia Robles
31. Sarka Takovich
32. Jon Thibodeaux
33. Juan Carlos Torres
34. Eric Van Hove
35. Joseph Woods

The United States may call the following witnesses to testify at trial:

1. Jamille Cucci

2. Sebastian Mihalache

3. Iana Zhygun

The United States further reserves its right to call all requisite records custodians to authenticate trial exhibits if demanded by Mr. Chugay and so ordered by the Court. The government also reserves its right to call one or more translators and transcriptionists, if demanded by Mr. Chugay and so ordered by the Court, to authenticate and admit transcripts and translations of the government's trial exhibits.

    Respectfully submitted,

JUAN ANTONIO GONZALEZ
United States Attorney

Sean Beaty, Senior Litigation Counsel
District Court No. A5501870
Jessica A. Kraft, District Court No. A5502644
Nicolas J. Schilling Jr., District Court No. A5502809
Trial Attorneys
U.S. Department of Justice, Tax Division
Christopher Clark, Florida Bar No. 0588040
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Sean Beaty*
Sean Beaty, Senior Litigation Counsel