UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:21-cr-10008-Martinez/Snow

UNITED STATES OF AMERICA

v.

MYKHAYLO CHUGAY,

    Defendant.
_____/

## SPECIAL VERDICT FORM

**COUNT ONE:**    **Conspiracy to Harbor Aliens and Induce Them to Remain**

As to Count One, we, the jury, find the Defendant, Mykhaylo Chugay,

    _____ NOT GUILTY

    __X__ GUILTY

If you find the Defendant GUILTY, you must select one or both of the following:

        __X__ of conspiring to conceal, harbor, or shield aliens from detection, or attempting the same, only; or

        __X__ of conspiring to encourage and to induce aliens to come to, enter, or reside in the United States, only; or

**COUNT TWO:    Money Laundering Conspiracy**

As to Count Two, we, the jury, find the Defendant, Mykhaylo Chugay,

_____ NOT GUILTY

__X__ GUILTY

**COUNT THREE: Conspiracy to Defraud the United States**

As to Count Three, we, the jury, find the Defendant, Mykhaylo Chugay,

_____ NOT GUILTY

__X__ GUILTY

SO SAY WE ALL, THIS __15__ day of __June__, 2022.

_____
Foreperson