UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**SENTENCING MINUTES FOR**
**HONORABLE JOSE E. MARTINEZ**

Deft: Mykhaylo Chugay                             Case No: 4:21-CR-10008-MARTINEZ-001

Clerk: Diane Quinn                                Date: August 26, 2022

Reporter: Vernita Allen-Williams                  USPO: Lakiesha Brantley

AUSA: Jessica Kraft, Sean Beaty,                  Philip Reizenstein, Esq.
Nicholas Schilling, and Christopher Clark
Interpreter: Helen Lurye

SENTENCING
**JUDGEMENT AND SENTENCE**

**Imprisonment:**         Months         Count(s)
                           292            1, 2, 3

This sentence consists of 52 months as to Counts One and Three, to run concurrently with each other and 240 months as to Count Two, to run consecutively to Counts One and Three.

**Supervised Release**/Probation    Year(s)        Count(s)
                                      3            1, 2, 3

This term consists of three years as to Counts One, Two and Three, all such terms to run concurrently.

**Special Conditions**:
Surrendering to Immigration for Removal after Imprisonment, Financial Disclosure Requirement, No New Debt Restriction, Self-Employment Restriction, Association Restriction, Cooperation with the IRS, and Unpaid Restitution, Fines or Special Assessments.

**Special Assessments:** $100.00 as to Counts 1, 2 and 3 of the Indictment for a total of $300.00.

Defendant was advised of his right to appeal the sentence imposed.

**CUSTODY**

__X__   Remanded to the Custody of the U.S. Marshal Service in Miami, Florida.
_____   Release on Bond pending appeal.
_____   Self-Surrender at the BOP Designated facility or US Marshal Service,

Commitment Recommendation: