UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:21-cr-10008-Martinez-Snow

UNITED STATES OF AMERICA

v.

MYKHAYLO CHUGAY,

Defendant.

## ORDER GRANTING THE UNITED STATES' MOTION TO FILE UNREDACTED TRIAL EXHIBITS ON AN ELECTRONIC MEDIUM UNDER LOCAL RULE 5.3(b)(3)(C)

**THIS CAUSE** comes before the Court on the United States' Motion to File Unredacted Trial Exhibits on an Electronic Medium under Local Rule 5.3(b)(3)(C), (Dkt. Ent. 333). The Court has carefully considered the Motion and the pertinent parts of the record.

For the reasons stated in the government's Motion, it is **ORDERED AND ADJUDGED** that the United States' Motion to File Unredacted Trial Exhibits on an Electronic Medium under Local Rule 5.3(b)(3)(C) is **GRANTED**. The United States may deliver a copy of the government's trial exhibits to the Clerk of the Court on a CD, DVD, or other electronic medium, and such exhibits are not to be filed and served in the CM/ECF system.

DONE AND ORDERED in Chambers at Key West, Florida, this 28th day of Oct., 2022.

HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record

1